Slip Op. 13-138

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **EVERTEK COMPUTER CORP.**,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**UNITED STATES**,<br><br>　　　　　　　Defendant. | Before: Timothy C. Stanceu, Judge<br><br>Court No. 12-00056 |

**JUDGMENT**

　　Upon considering undisputed facts set forth in the Joint Status Report (June 27, 2013), ECF No. 21, the court concludes that this action no longer presents a case or controversy. U.S. Const. art. III. This action, which concerned the admissibility of merchandise that was the subject of Entry No. EAY-0001549-0, became moot when that merchandise was destroyed. Therefore, it is hereby

　　**ORDERED** that this action be, and hereby is, dismissed for lack of jurisdiction.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Timothy C. Stanceu
　　　　　　　　　　　　　　　　　　　　　　　　Timothy C. Stanceu
　　　　　　　　　　　　　　　　　　　　　　　　Judge

Dated: November 8, 2013
　　　　New York, New York